IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARRELL BRISTER,

    Petitioner,

v.

BENNIE KELLY, WARDEN,
GRAFTON CORRECTIONAL
INSTITUTION,

    Respondent.

Case No. 2:14-cv-2024
Chief Judge Sargus
Magistrate Judge King

### ORDER

On November 13, 2015, the Magistrate Judge recommended that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. *Report and Recommendation* (ECF No. 8). Although the parties were advised of their right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of their failure to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 8) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** in this action.

12-8-2015
Date

Edmund A. Sargus, Jr.
Chief United States District Judge